1038

JOHN TURNER, *Respondent,* v. STEPHENS–ADAMSON, INC., ET AL, *Defendants,* KAISER ALUMINUM & CHEMICAL CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 231021, Hardyn B. Soule, J., entered May 20, 1977. *Reversed* by unpublished opinion per Dore, J., concurred in by Andersen, A.C.J., and Swanson, J.

PHILIP B. LUNDSTROM, ET AL, *Respondents,* v. MILMANCO CORPORATION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 724575, Horton Smith, J., entered December 28, 1976. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Andersen, A.C.J., and Williams, J.

QUEEN CITY SAVINGS & LOAN ASSOCIATION, *Respondent,* v. FRANCISZEK P. STARCZEWSKI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 798992, Erle W. Horswill, J., entered February 8, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen, A.C.J., and Ringold, J.